PROB 12B
(7/93)

Report Date: January 10, 2006

## United States District Court

для the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 1 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Roland Persel Wilson          Case Number: 2:00CR00218-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 5/1/2002          Type of Supervision: supervised release

Original Offense: Distribution of More than 5 Grams of a Mixture or Substance Containing a Detectable Amount of Cocaine Base, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: April 15, 2005

Original Sentence: Prison - 60 Months;
TSR - 48 Months

Date Supervision Expires: April 14, 2009

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

Roland Persel Wilson, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583(d).

### CAUSE

The defendant is currently under supervision of the U.S. Probation Office for the Central District of California. Please see the attached letter from that district for additional information. This request is made in light of the recent Ninth Circuit Court of Appeals finding in United States v. Stephens.

Respectfully submitted,

by    *[signature]*

Richard B. Law
U.S. Probation Officer
Date: January 10, 2006

Prob 12B
**Re: Wilson, Roland Persel**
**January 10, 2006**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

1/11/06
_____
Date

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Roland Persel Wilson, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

Witness: *[signed]* STEVEN FRYDMAN
U. S. Probation Officer

Signed: *[signed]* ROLAND PERSEL WILSON
Supervised Releasee

Date: 12/13/05